# United States Bankruptcy Court
## Southern District of Ohio

In re  **Charles R. LeFever, II**                                                    Case No.
                                       Debtor(s)                                     Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 3, 2018**              **/s/ Charles R. LeFever, II**
                                         **Charles R. LeFever, II**
                                         Signature of Debtor